IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **Belinda Stokes,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **No:** |
| v. | ) | |
| | ) | |
| **NRA Group, LLC d/b/a National Recovery Agency a Pennsylvania Limited Liability Company ,** | ) ) ) | |
| | ) | **JURY DEMANDED** |
| **Defendant.** | ) | |

## COMPLAINT AT LAW

**NOW COMES** the **Plaintiff**, **Belinda Stokes**, by her Attorneys, Robert J. Semrad & Associates, L.L.C., and pursuant to this Complaint at Law, states the following against the above named **Defendant**, to wit: **NRA Group, LLC,:**

## JURISDICTION

1.   The jurisdiction of the court is invoked pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 et seq. ("FDCPA") and this Court's supplementary jurisdiction powers. Venue is proper as the actions that give rise to this complaint occurred, **Plaintiff** resides, and **Defendant** conducts business within this District.

## PARTIES

2.   **Plaintiff** is a citizen of the County of Will, State of Illinois, and United States of America, and is a  "consumer" as that term is defined by 15 U.S.C. § 1692a(3).

3.   **Defendant**, **NRA Group, LLC,** (hereinafter "**Defendant**") is a Pennsylvania Limited Liability Company conducting business in the County of

1

Will State of Illinois, and United States of America and is a "debt collector" as that term is defined by 15 U.S.C. § 1692a(6).

## **FACTUAL ALLEGATIONS**

4. Prior to November 2008, **Plaintiff** incurred a debt from Columbia House.

5. This debt was for personal use.

6. This debt was a "debt" as that term is defined by 15 U.S.C. § 1692a(5).

7. On November 12, 2008 **Plaintiff** filed for Chapter 7 bankruptcy protection. Case number 08-bk-30876.

8. Included in Schedule F of **Plaintiff's** bankruptcy petition was the debt owed to **Defendant** with notice given to both Columbia House and **Defendant**.

9. **Defendant** received notice from the Bankruptcy court at their usual business address.

10. **Defendant** was aware of Plaintiff's bankruptcy filing.

11. **Plaintiff** was granted a discharge in said bankruptcy on February 23, 2009.

12. After February 23, 2009, and to the present, **Plaintiff** began to receive calls and notices from **Defendant** attempting to collect on the aforementioned debt.

13. During these calls, **Plaintiff** informed **Defendant** of her bankruptcy and that she was represented by an attorney.

14. Notwithstanding this information, **Defendant** continued to place collection calls and letters.

15. During these calls, **Defendant** threatened **Plaintiff** negative credit reporting actions, was abusive, and made other threats to **Plaintiff**

16. **Defendant** caused **Plaintiffs'** phones to ring constantly for the purpose of harassment.

17. The aforementioned calls and letters from **Defendant** to **Plaintiff** were collection communications in violation of numerous and multiple provisions of the FDCPA, as aforesaid.

18. As a direct and proximate result of the aforementioned actions, **Plaintiff** suffered injuries of a personal and pecuniary nature including, but not limited to, anxiety, embarrassment, and emotional and physical harm.

19. As a result of **Defendant's** violations of the FDCPA, **Plaintiffs** is entitled to actual damages pursuant to 15 U.S.C. § 1692k(a)(1); statutory damages in an amount up to $1,000.00 per incident pursuant to 15 U.S.C. § 1692k(a)(2)(A), punitive damages, and reasonable attorney's fees and costs pursuant to 15 U.S.C. § 1692k(a)(3) from **Defendant**.

**WHEREFORE**, **Plaintiff** prays that judgment be entered

- against **Defendant** and in favor of **Plaintiff** for an award of actual damages pursuant to 15 U.S.C. § 1692k(a)(1);
- against **Defendant** and in favor of **Plaintiff** for an award of statutory damages of $1,000.00 pursuant to 15 U.S.C. §1692k(a)(2)(A);
- against **Defendant** and in favor of **Plaintiff** for an award of punitive damages;
- against **Defendant** and in favor of **Plaintiff** for an award of costs of litigation and reasonable attorney's fees pursuant to 15 U.S.C. § 1692k(a)(3); and;
- for any other such further relief as may be just and proper.

Respectfully Submitted,

/s/Abbas Merchant
Abbas Merchant
ARDC 6281540

Robert J. Semrad & Associates, L.L.C.
*Attorneys for Plaintiffs*
20 S. Clark St., 28th Floor
Chicago, Illinois 60603
Ph 312-913-0625 ext. 151
Fax 312-604-1543\

3